FILED

United States District Court
for the
Middle District of Florida

Daniel James Silva
_____

Plaintiff

Case No. 6:19-cv-384-ORL-37TBS

TAS Rights Management LLC.
_____

Defendants

Complaint
_____

J-27-2019

Daniel James Silva vs Tas rights Management

Middle district of Florida

Page 1

6:19-cv-384-ORL-37TBS

## Complaint

I file this federal citizenship for diversity jurisdiction against tas rights management as a mirror to federal lawsuit ( 3:18-cv-00688-MMH-JRK Silva v. TAS Rights Management, LLC Marcia Morales Howard, presiding James R. Klindt, referral) the case ended with Prejudice due to a broken court order in an attempt to save Alison swifts career the case is in appeal, this case is based on the concealment crimes and obstruction cased by Alison swift, James Baldridge,Tas management, and Dishonorable Marcia Morales Howard.

The merits to the last case are as follows tas management along with alison swift produced in the uspto a fraudulent mark (1989) SN 86363039 because is was a misrepresentation of her album (T.S. 1989) SN 86369455, trademark (1989) is in fact a symbol Hindu–Arabic numeral system which is an IDEA, systems and ideas are not eligible for federal protection, so in short taylor swift made nearly (500,000,000) million dollars off of the illegal mark (1989), while on the surface not allowing anyone to use the number 1989 for many years.

The mark 1989 covers (t-shirts) back in 2016 I had the online store 1989shirts.com which I shut it down due to the defendant's fraudulent mark causing me to lose revenue anyway before the case was dismissed Swift,Baldridge, and howard committed but not limited to the following crimes,

Page 2

1st obstruction of justice 18 U.S. Code § 1503 - Obstruction of proceedings before departments, agencies, and committees which reads, Whoever corruptly, or by threats or force, or by any threatening letter or communication, endeavors to influence, intimidate, or impede any grand or petit juror, or officer in or of any court of the United States, or officer who may be serving at any examination or other proceeding before any United States magistrate judge or other committing magistrate, in the discharge of his duty, or injures any such grand or petit juror in his person or property on account of any verdict or indictment assented to by him, or on account of his being or having been such juror, or injures any such officer, magistrate judge, or other committing magistrate in his person or property on account of the performance of his official duties, or corruptly or by threats or force, or by any threatening letter or communication, <u>influences, obstructs, or impedes, or endeavors to influence, obstruct, or impede, the due administration of justice.</u>

<u>swift</u> sold many 1989 items on her website for many years (https://store.taylorswift.com/collections/1989) , but at the start of lawsuit (3:18-cv-00688-MMH-JRK Silva v. TAS Rights Management, LLC Marcia Morales Howard) obstructed the case by first taking all her items off her website then 8 or 9 months later puts them back up in attempt to defeat 3:18-cv-00688-MMH-JRK because I said in the case that she hadn't sold 1989 items in months so after reading that she returned all items changing the future discover of the case (obstructing).

James Baldrige committed obstruction and conspiracy to deny my civil right of due process (5th and 14th amendment) because (dkt 39) of case ( 3:18-cv-00688-MMH-JRK Silva v. TAS Rights Management) motion to dismiss, was a attempt to obstruct justice and deny due process so trademark (1989) SN 86363039 wouldn't be declared fraudulent which it still to this day remains an active trademark due to dishonorable judge Howard who also denied me due process by not granting me a

fair day in court in 2 full cases ( 3:18-cv-00688-MMH-JRK Silva v. TAS Rights Management, LLC) and (3:17-cv-00814-MMH-JRK Silva v. Swift) the fact the mark haven't been invalidated is proof of judge Howards crimes along with becoming an oath-braker public servant and guilty of Treason in the process, add ( 42 U.S. Code § 1985 - Conspiracy to interfere with civil rights) to this case as well, but the true injustice is the acts judge Howard caused being that she obstructed my last 2 civil cases ( 3:18-cv-00688-MMH-JRK Silva v. TAS Rights Management)and (3:17-cv-00814-MMH-JRK Silva v. Swift) leaving trademark (1989) active with all federal laws protecting the fraudulent mark such as the (The Trademark Counterfeiting Act of 1984 is a United States federal law that amended the federal criminal code to make it a federal offense to violate the Lanham Act by the intentional use of a counterfeit trademark or the unauthorized use of a counterfeit trademark. The act established penalties of up to five years imprisonment and/or a $250,000 fine for selling or attempting to sell counterfeit goods or services. It increased such penalties for a second or subsequent conviction under the Act.) which makes it a 3rd felony for anyone but swift to sell shirts that say 1989 also Lanham Act § 43: 15 U.S. Code § 1125 - False

designations of origin, false descriptions, and dilution <u>forbidden (d) Cyberpiracy prevention</u>

<u>(1)</u>

<u>(A) A person shall be liable in a civil action by the owner of a mark, including a personal name which is protected as a mark under this section, if, without regard to the goods or services of the parties, that person—</u>

<u>(i) has a bad faith intent to profit from that mark, including a personal name which is protected as a mark under this section; and</u>

<u>(ii) registers, traffics in, or uses a domain name that—</u>

(I) in the case of a mark that is distinctive at the time of registration of the domain name, is identical or confusingly similar to that mark;

(II) in the case of a famous mark that is famous at the time of registration of the domain name, is identical or confusingly similar to or dilutive of that mark; or

(III) is a trademark, word, or name protected by reason of section 706 of title 18 or section 220506 of title 36.

Which also makes it illegal to even have a domain name with the number (1989) in it such as 1989shirts.com, making Judge Howard also guilty of RICO yes a rico judge ( RICO Requires no more than a slight effect upon interstate commerce. United States v. Doherty, 867 F.2d 47, 68 (1st Cir. 1989). United States v. Murphy, 768 F.2d 1518, 1531 (7th Cir. 1985). cert. denied, 106 S.Ct. 1188 (1986).)

She greatly affected not only my ability to sell 1989 shirts for over 18 months but everyone who would wish to do so possibly 1000s of retailers, also (dkt 34) in case ( 3:18-cv-00688-MMH-JRK Silva v. TAS Rights Management, LLC Marcia Morales Howard) is defective go to the hearing transcript and look at page 47 row 25 where judge James R.

Klindt stated I could email Baldrige but then 10 days later made a order stated I could only contact doug in writing, I had already emailed Baldrige informing him of my intentions to stay the case until her (reputation tour) was over, so I broke the law under the courts direction it must be stricken, also (dkt 46) of the same case the motion to stay was fraudulently altered, I remember it saying the stay was over on December 31st 2018 but then was changed to January 30th I believe it to be altered which means it should have been stricken. For all crimes involved in case ( 3:18-cv-00688-MMH-JRK Silva v. TAS Rights Management) by Taylor Alison swift in conspiracy with Doug Baldridge) the following relief is requested.

Relief ( 131,000,000 million dollars) the amount requested in federal court case 3:18-cv-00688-MMH-JRK Silva v. TAS Rights Management) that swift,Baldrige and tas management committed concealment crimes that affected my case at all levels and judge Howard broken her oath and committed obstruction and committed Treason along with denying my civil rights. I refused to push federal charges against Taylor swift and Doug Baldridge the relief that I believe I will be granted in this case is punishment enough push my last case is still being appealed with I believe will also go though. There is many more errors and crimes but I only need to prove one or two which I can easily do. All the merits for this case can be proven at a simple federal hearing which should be a right of due process (

Under both the Fifth and Fourteenth Amendments to the U.S. Constitution,

neither the federal government nor state governments may deprive any person "of life, liberty, or property without due process of law." A similar due process provision was found in the Magna Charta, as well as early state constitutions. Chief Justice William Howard Taft explained the purpose behind the clauses in Truax v. Corrigan (1921) as follows: "The due process clause requires that every man shall have the protection of his day in court, and the benefit of the general law, a law which hears before it condemns, which proceeds not arbitrarily or capriciously, but upon inquiry, and renders judgment only after trial, so that every citizen shall hold his life, liberty, property and immunities under the protection of the general rules which govern society. It, of course, tends to secure equality of law in the sense that it makes a required minimum of protection for every one's right of life, liberty, and property, which the Congress or the Legislature may not withhold."

Courts have interpreted the due process clauses as providing two distinct limitations on government. First, the clauses provide for procedural due process, which requires the government to follow certain procedures before it deprives a person of life, liberty, or property. Cases that address procedural due process usually focus on the type of notice that is required of the government or the type of hearing that must be held when the government takes a particular action. Second, the clauses establish substantive due process, under which courts determine whether the government has sufficient justification for its actions. Because courts use substantive due process to protect certain fundamental rights of U.S. citizens, issues related to substantive due process have been the subject of extensive debate.

Page 8

To the judge who is fated to preside over this case ill see you in court.

Daniel james Silva PRO SO    2-27-2019

I also refuse to push federal charges against judge Howard, I smart enough to know not to go after a federal judge although I do hope she gets some type of suspension though.

Table of contents

Exhibit A  copy of trademark  (1989) the fraudulent trademark

Exhibit B copy of the real name of her album trademark (T.S. 1989)

Daniel James Silva

PO Box 568773, orlando FL 32856

Celticmoon1989@yahoo.com