*Exhibit A*

# United States of America
## United States Patent and Trademark Office

A(

# 1989 ← Fraudulent misrepresentation of Album (T.S. 1989) SN 86369455

Reg. No. 5,380,899

Registered Jan. 16, 2018

Int. Cl.: 6, 9, 14, 16, 18, 20, 21, 24, 25, 28, 35, 41

Service Mark

Trademark

Principal Register

TAS RIGHTS MANAGEMENT, LLC (TENNESSEE LIMITED LIABILITY COMPANY)
718 Thompson Lane
Suite 108256
Nashville, TENNESSEE 37204

CLASS 6: Metal key chains

FIRST USE 10-27-2014; IN COMMERCE 10-27-2014

CLASS 9: Sunglasses; cases for mobile phones; carrying cases specially adapted for electronic equipment, namely, mobile phones and mobile computers

FIRST USE 5-20-2015; IN COMMERCE 5-20-2015

CLASS 14: Jewelry; bracelets

FIRST USE 11-26-2014; IN COMMERCE 11-26-2014

CLASS 16: Stationery; blank journals; lithographs; art prints; photographs; posters; stickers and decalcomanias; decals; notebooks

FIRST USE 12-11-2016; IN COMMERCE 12-11-2016

CLASS 18: Backpacks; handbags; tote bags; all-purpose carrying bags

FIRST USE 10-27-2014; IN COMMERCE 10-27-2014

CLASS 20: Pillows

FIRST USE 11-27-2015; IN COMMERCE 11-27-2015

CLASS 21: Beverageware; drinking glasses, namely, tumblers

FIRST USE 12-11-2014; IN COMMERCE 12-11-2014

CLASS 24: Towels; beach towels; blanket throws; bed blankets; bed linen; household linen; pillow covers

FIRST USE 7-1-2016; IN COMMERCE 7-1-2016

CLASS 25: Clothing, namely, jackets, coats, bandanas, headwear, caps, hats, gloves, scarves, sweatshirts, hooded pullovers, shirts, t-shirts, jerseys, footwear, and tops for children and adults; shoes

FIRST USE 12-3-2016; IN COMMERCE 12-3-2016



*Joseph Matal*
Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

A2

CLASS 28: Christmas tree ornaments and decorations; battery-activated toy LED light sticks

FIRST USE 11-26-2014; IN COMMERCE 11-26-2014

CLASS 35: Retail and on-line retail store services featuring paper goods, household linens, home furnishings, cosmetics, toiletries, clothing, jewelry, key chains, bags, collectibles, memorabilia, toys, printed publications, and printed materials

FIRST USE 10-27-2014; IN COMMERCE 10-27-2014

CLASS 41: Entertainment services, namely, conducting contests; Entertainment services, namely, providing a website featuring non-downloadable multi-media content in the fields of music and musical entertainment; Entertainment services, namely, providing a website featuring non-downloadable multi-media content relating to a musical artist; Entertainment services, namely, providing a website containing non-downloadable multi-media content featuring pre-recorded musical performances, stage performances, public appearances, photographs, and other information and multi-media materials relating to music and musical entertainment; Entertainment services, namely, providing a website containing non-downloadable multi-media content featuring pre-recorded musical performances, stage performances, public appearances, photographs, and other information and multi-media materials relating to a musical artist; Entertainment services, namely, providing a website featuring news and non-downloadable articles relating to music and musical entertainment; Entertainment services, namely, providing a website featuring news and non-downloadable articles relating to a musical artist

FIRST USE 10-27-2014; IN COMMERCE 10-27-2014

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 86-363,039, FILED 08-11-2014

applicant; the specimen(s) shows the mark as used on or in connection with the goods/services in the application; and/or if the applicant filed an application under 15 U.S.C. Section 1051(b), Section 1126(d), and/or Section 1126(e), the applicant is entitled to use the mark in commerce; the applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the goods/services in the application. The signatory believes that to the best of the signatory's knowledge and belief, no other person has the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion or mistake, or to deceive. The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements and the like may jeopardize the validity of the application or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: Not Provided   Date: Not Provided
Signatory's Name: Not Provided
Signatory's Position: Not Provided
RAM Sale Number: 86363039
RAM Accounting Date: 08/12/2014

*[handwritten: Missing Declaration]*

Serial Number: 86363039
Internet Transmission Date: Mon Aug 11 15:48:29 EDT 2014
TEAS Stamp: USPTO/BAS-XX.XX.XXX.X-201408111548299689
54-86363039-500ee7fead31cf3736626ceb56e0
f29b37a3d93b5e17b0a7effc2e4d1c8431cd80-C
C-2323-20140811154620374250

*Exhibit B*  B1

# United States of America
### United States Patent and Trademark Office

# T.S. 1989 ←
*Name of Taylor Swift's Album*

**Reg. No. 5,232,958**
**Registered Jun. 27, 2017**
**Int. Cl.: 6, 9, 14, 15, 16, 18, 21, 24, 25, 28, 35, 41**
**Service Mark**
**Trademark**
**Principal Register**

TAS RIGHTS MANAGEMENT, LLC (TENNESSEE LIMITED LIABILITY COMPANY)
718 THOMPSON LANE
SUITE 108256
NASHVILLE, TN 37204

CLASS 6: Metal key chains

FIRST USE 10-27-2014; IN COMMERCE 10-27-2014

CLASS 9: Downloadable audio files featuring music and musical entertainment; sunglasses; musical video recordings; pre-recorded DVDs and CDs featuring performances by an individual in the field of music and musical entertainment; musical sound recordings; audio recordings featuring music; downloadable multimedia files featuring music; battery-activated light sticks; series of musical sound recordings; musical sound recordings; video recordings featuring music; downloadable video recordings featuring music and musical entertainment; downloadable musical sound recordings; digital music downloadable from the internet; video recordings featuring music and musical entertainment; audio recordings featuring music and musical entertainment; digital media, namely, pre-recorded DVDs, downloadable audio and video recordings, and CDs featuring and promoting music and musical entertainment; downloadable multimedia files containing audio, video, artwork, graphics, hypertext, text relating to music and musical entertainment; downloadable electronic newsletters delivered by e-mail in the fields of music, entertainment, and musical entertainment; downloadable ring tones for mobile phones

FIRST USE 5-20-2015; IN COMMERCE 5-20-2015

CLASS 14: Jewelry

FIRST USE 11-26-2014; IN COMMERCE 11-26-2014

CLASS 15: Drumsticks; guitar picks

FIRST USE 4-10-2017; IN COMMERCE 4-10-2017

CLASS 16: Stationery; blank journals; art prints; posters; decals; sheet music; notebooks; photographs; song books

FIRST USE 12-11-2016; IN COMMERCE 12-11-2016

CLASS 18: Backpacks; all-purpose carrying bags

FIRST USE 10-27-2014; IN COMMERCE 10-27-2014

CLASS 21: Beverageware



*Joseph Matal*
Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

FIRST USE 12-11-2014; IN COMMERCE 12-11-2014

CLASS 24: Bed linen; household linen

FIRST USE 10-27-2014; IN COMMERCE 10-27-2014

CLASS 25: Clothing, namely, headwear, scarves, sweatshirts, shirts, jerseys

FIRST USE 12-2-2016; IN COMMERCE 12-2-2016

CLASS 28: Christmas tree ornaments and decorations

FIRST USE 11-26-2014; IN COMMERCE 11-26-2014

CLASS 35: Retail and on-line retail store services featuring paper goods, audio recordings, home furnishings, toiletries, jewelry, key chains, collectibles, bags, toys, household linens, memorabilia, cosmetics, printed publications, video recordings, clothing, printed materials, and digital media

FIRST USE 9-21-2016; IN COMMERCE 9-21-2016

CLASS 41: Entertainment services, namely, conducting contests; entertainment services, namely, providing a website featuring non-downloadable multi-media content in the fields of music and musical entertainment; entertainment services, namely, providing a website featuring non-downloadable multi-media content relating to a musical artist; entertainment services, namely, providing a website containing non-downloadable multi-media content featuring pre-recorded musical performances, stage performances, public appearances, photographs, and other information and multi-media content relating to music and musical entertainment; entertainment services, namely, providing a website containing non-downloadable multi-media content featuring pre-recorded musical performances, stage performances, public appearances, photographs, and other information and multi-media content relating to a musical artist; entertainment services, namely, providing a website featuring news and non-downloadable articles relating to music and musical entertainment; entertainment services, namely, providing a website featuring news and non-downloadable articles relating to a musical artist; entertainment services in the nature of live musical performances; fan club services; entertainment services, namely, providing information relating to music and musical entertainment via a global communications network; providing non-downloadable digital music via a global communications network

FIRST USE 10-27-2014; IN COMMERCE 10-27-2014

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 86-369,455, FILED 08-18-2014
CAROLINE WOOD, EXAMINING ATTORNEY

B3

trademark/service mark sought to be registered; the applicant or the applicant's related company or licensee is using the mark in commerce on or in connection with the goods/services in the application, and such use by the applicant's related company or licensee inures to the benefit of the applicant; the specimen(s) shows the mark as used on or in connection with the goods/services in the application; and/or if the applicant filed an application under 15 U.S.C. Section 1051(b), Section 1126(d), and/or Section 1126(e), the applicant is entitled to use the mark in commerce; the applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the goods/services in the application. The signatory believes that to the best of the signatory's knowledge and belief, no other person has the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion or mistake, or to deceive. The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements and the like may jeopardize the validity of the application or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: Not Provided   Date: Not Provided
Signatory's Name: Not Provided
Signatory's Position: Not Provided
RAM Sale Number: 86369455
RAM Accounting Date: 08/19/2014

*[handwritten annotation: missing ← Declaration]*

Serial Number: 86369455
Internet Transmission Date: Mon Aug 18 14:11:52 EDT 2014
TEAS Stamp: USPTO/BAS-XX.XX.XXX.X-201408181411528447
87-86369455-5001feef09d724cd836abdb57cbe
67be5e985f33ac0b6cea1d6559a659433e0a0a9-
CC-373-20140818135033336561